UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

**CRIMINAL MINUTES - GENERAL**

SEND

| Case No. | CR 05-316-DSF | Date | February 27, 2006 |
|---|---|---|---|

Present: The Honorable  DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| PAUL PIERSON | NOT PRESENT | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4) WILLIAM H. NURICK | NOT | . | X | 4) DARLENE RICKER | NOT | | X |

**Proceedings:**   (IN CHAMBERS)   ORDER APPOINTING CJA COUNSEL

   The Court orders Darlene Ricker appointed as defendant's counsel pursuant to the Criminal Justice Act, replacing retained counsel, Marshall Schulman. Previous counsel is ordered to turn over the file to new counsel forthwith. The Court advises defense counsel that a Status Conference has been set for Monday, May 8, 2006 at 8:30 a.m. The jury trial date remains scheduled for Tuesday, May 16, 2006 at 8:00 a.m.

cc:   U.S. MARSHAL
      U.S. PROBATION OFFICE - *E. Lozano*
      U.S. PRETRIAL SERVICES

ENTER ON CMS

FEB 28 2006

Time: :N/A

**Initials of Deputy Clerk**   pp