Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
APR 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-316-DSF |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER MODIFYING CONDITIONS OF DEFENDANT NURICK'S BOND TO PERMIT OUT-OF-DISTRICT TRAVEL |
| v. ) | |
| ) | |
| JAMES S. LIPTON, *et al*, ) | |
| Defendants. ) | |

Having considered the unopposed application of counsel for defendant WILLIAM NURICK ("Mr. Nurick") for a modification of his bond conditions, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that:

(1)  Mr. Nurick is permitted unlimited travel throughout the state of

California;

[PROPOSED] ORDER MODIFYING DFT. NURICK'S BOND CONDITIONS

DOCKETED ON CM
APR 17 2006
BY _____

CC: USPO-E. Lozano
USM
PS/t

(2) Mr. Nurick may travel to Lexington, Kentucky, to visit his son and his son's family;

(3) For Kentucky travel, Mr. Nurick is to provide a full itinerary in advance (including travel dates and his location and phone number in Kentucky);

(4) Mr. Nurick is to continue his current pretrial reporting conditions, in person and by telephone (with telephonic reporting permitted when he is traveling); and

(5) With the exception of the foregoing modifications, all other existing conditions of Mr. Nurick's bond remain in force.

**IT IS SO ORDERED.**

DATED: ___4-14___, 2006

_____
DALE S. FISCHER
THE HONORABLE ~~MARGARET M. MORROW~~
UNITED STATES DISTRICT JUDGE

Submitted by:

_DMRicker_
DARLENE M. RICKER
Counsel for Defendant
WILLIAM NURICK

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party in the within action; my business address is PO Box 2285, Malibu, California 90265.

On April 14, 2006, I served the foregoing document described as: **[PROPOSED] ORDER RE: BOND MODIFICATION FOR DFT WILLIAM NURICK** on all interested parties in this action by depositing in the US Mail at Malibu, California, with sufficient first-class postage attached, to:

AUSA Nanette Davis
Tax Division - NCES
PO Box 972
Washington, DC 20044
 * also served via fax:
   (202) 616-1786

AUSA Ranee Katzenstein
1100 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

Yvette Trepichio
U.S. Pretrial Services Officer
312 N. Spring St. - Ste. 754
Los Angeles, CA 90012
 * also served via fax:
   (213) 894-0231

Yolanda Barrera
421 E. Huntington Drive
Monrovia, CA 91016

David Kaloyanides
350 W. Colorado Blvd. # 200
Pasadena, CA 91105

Judith Rochlin
10801 National Blvd. # 609
Los Angeles, CA 90064

I declare under penalty of perjury under that laws of the state of California that the above is true and correct.

Executed on April 14, 2006, at Malibu, California.

KAREN VAN HOEPEN