# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

**P-SEND**

ORIGINAL

Case No.   CR 05-316-DSF                                        Date   December 5, 2006

Present: The Honorable   **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| PAUL PIERSON | NOT PRESENT | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4) WILLIAM H. NURICK | NOT | | X | 4) Gregory Nicolaysen | NOT | | X |

**Proceedings:**   (IN CHAMBERS)   ORDER APPOINTING REPLACEMENT CJA COUNSEL

The Court has been advised that Darlene Ricker has closed her law practice and tendered her resignation to the State bar of California. The Court appoints Gregory Nicolaysen from the CJA panel to represent William Nurick.

cc:   U.S. MARSHAL
      U.S. PROBATION OFFICE - *Assignment Coordinator*
      U.S. PRETRIAL SERVICES



DOCKETED ON CM
DEC - 6 2006
BY _____ 029

Time: :N/A

**Initials of Deputy Clerk**   *PP*