UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 05-316 DSF | Date | 7/11/11 |
|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Interpreter | N/A |

| Debra Plato | Pamela Batalo | Lori Hendrickson - DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) David L. Johnson | X | | X | 3) Judith Rochlin | X | | X |
| 5) William H. Nurick | X | | X | 5) Matthew Lombard | X | | X |

**Proceedings:**   STATUS CONFERENCE

The case is called and counsel state their appearances. The Court and counsel discuss status, discovery, and trial matters as set forth on the record. Government counsel will provide a new list of fact witnesses and exhibits, and proposed stipulations for defense counsel to review. Trial is set for September 7, 2011. Government counsel estimates 2 weeks for trial, and defense counsel each estimate a day for their case. Defense counsel will inform the Court by the end of next week as to whether or not they will be entering into the government's proposed stipulations and if the stipulations will affect the amount of time for trial. The next status conference is August 22, 2011 at 8:30 a.m.