# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | CR 05-316 DSF | Date: 9/13/11 |
| Present: The Honorable | Dale S. Fischer | |
| Interpreter | None | |

| Debra Plato | Pamela Batalo | Lori Hendrickson, DOJ; Matthew Kluge, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 5) William H Nurick | | X | X | 5) Matthew Lombard | | X | X |

| | Day COURT TRIAL | 4th Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |
| | The Jury is impaneled and sworn. | | | |
| | Opening statements made | | | |
| X | Witnesses called, sworn and testified. | | | |
| X | Exhibits identified | X Exhibits admitted | | |
| | Government rests. | X Defendant(s) rest. | | |
| | Motion for mistrial by _____ is _____ granted _____ denied _____ submitted | | | |
| X | Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied X submitted | | | |
| X | Closing arguments made | X Court instructs jury | X Bailiff sworn | |
| X | Alternates excused (on call) | X Jury retires to deliberate | | Jury resumes deliberations |
| | Finding by Court as follows: | Jury Verdict as follows: | | |
| Dft # | Guilty on count(s) | Not Guilty on count(s) | | |
| | Jury polled | Polling waived | | |
| | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict |
| | Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing. | | | |
| | Dft # _____ remanded to custody. Remand/Release# _____ issd. Dft # _____ released from custody. | | | |
| | Bond exonerated as to Dft # _____ | | | |
| X | Case continued to 9/14/11 @ 8:00 am for further trial/further jury deliberation. | | | |
| | Other: | | | |

4 : 20

Initials of Deputy Clerk   dp

---

CR-78 (10/08)      **CRIMINAL MINUTES - TRIAL**      Page 1 of 1