## LIST OF EXHIBITS AND WITNESSES

| Case Number | | Title | |
|---|---|---|---|
| **Judge** | | | |
| **Dates of Trial or Hearing** | | | |
| **Court Reporters or Tape No.** | | | |
| **Deputy Clerks** | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

JOHN A. DiCICCO
Principal Deputy Assistant
     Attorney General
Tax Division
Department of Justice
LORI A. HENDRICKSON
Trial Attorney (Ohio BN: 0067831)
MATTHEW J. KLUGE
Trial Attorney (Pennsylvania BN: 204285)
ELLEN M. QUATTRUCCI
Trial Attorney (D.C. BN: 462103)
DANNY N. ROETZEL
Trial Attorney (Missouri BN: 34879)
Tax Division, Western Criminal Enforcement Section
     P.O. Box 972
     Washington, D.C. 20044
     Telephone: (202) 514-9370
     Facsimile: (202) 514-9623
     E-mails:  Lori.A.Hendrickson@usdoj.gov
               Matthew.J.Kluge@usdoj.gov
               Ellen.M.Quattrucci@usdoj.gov
               Danny.N.Roetzel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 05-316-DSF |
| | ) |
| Plaintiff, | ) **GOVERNMENT'S WITNESS LIST** |
| | ) |
| v. | ) |
| | ) Date: September 7, 2011 |
| WILLIAM H. NURICK, | ) Time: 9:00 a.m. |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff, United States of America, by and through its counsel of record, Trial Attorneys Lori A. Hendrickson, Matthew J. Kluge, Ellen M. Quattrucci, and Danny N. Roetzel, Department of Justice, Tax Division, hereby files its Witness List.

Dated: August 31, 2011            Respectfully Submitted,

                                  JOHN A. DiCICCO
                                  Principal Deputy Assistant
                                  Attorney General


                                  s/Lori A. Hendrickson
                                  LORI A. HENDRICKSON
                                  MATTHEW J. KLUGE

                                  Trial Attorneys
                                  United States Department of Justice
                                  Tax Division

2

| Witness | Date Testified |
|---|---|
| Tony Lam | 9/7/11 |
| John Biber | 9/7/11 |
| Beverly Biber | 9/8/11 |
| Denise Taylor-Fraser | 9/8/11 |
| Teresa Vogt | 9/8/11 |
| Revenue Agent Jean Pugh | 9/8/11 |
| | 9/8/11 |
| | 9/8/11 |
| | |

3

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 05-316-DSF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | EXHIBIT LIST |
| | ) | |
| WILLIAM H. NURICK | ) | |
| Defendant. | ) | |
| _____ | ) | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---------|-------------|------------|----------|---------|
| **RECORDS OF THE INTERNAL REVENUE SERVICE** | | | | |
| 1 | William H. Nurick 1995 Form 1040 U.S. Individual Income Tax Return | 9/9/11 | 9/9/11 | |
| 2 | William H. Nurick 1996 Form 1040 U.S. Individual Income Tax Return | | 9/9/11 | |
| 3 | William H. Nurick 1997 Form 1040 U.S. Individual Income Tax Return | | 9/9/11 | |
| 4 | William H. Nurick 1998 Form 1040 U.S. Individual Income Tax Return | | 9/9/11 | |
| 5 | William H. Nurick 1999 Form 1040 U.S. Individual Income Tax Return | 9/7/11 | 9/7/11 | |
| 6 | William H. Nurick 2000 Form 1040 U.S. Individual Income Tax Return | 9/7/11 | 9/7/11 | |
| 7 | William H. Nurick 2001 Form 1040 U.S. Individual Income Tax Return | 9/7/11 | 9/7/11 | |
| 8 | William H. Nurick 2002 Form 1040 U.S. Individual Income Tax Return | 9/7/11 | 9/7/11 | |

-1-

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---------|-------------|------------|----------|---------|
| 9 | William H. Nurick 1995 Form 1040X Amended U.S. Individual Income Tax Return | 9/7/11 | 9/7/11 | |
| 10 | William H. Nurick 1996 Form 1040X Amended U.S. Individual Income Tax Return | 9/7/11 | 9/7/11 | |
| 11 | William H. Nurick 1997 Form 1040X Amended U.S. Individual Income Tax Return | 9/7/11 | 9/7/11 | |
| 12 | Nurick Associates Trust 1997 Form 1041 U.S. Income Tax Return for Estates and Trusts | 9/7/11 | 9/7/11 | |
| 13 | Nurick Associates Trust 1998 Form 1041 U.S. Income Tax Return for Estates and Trusts | 9/7/11 | 9/7/11 | |
| 14 | Nurick Associates Trust 1999 Form 1041 U.S. Income Tax Return for Estates and Trusts | 9/7/11 | 9/7/11 | |
| 15 | Aztec Irrevocable Trust 2002 Form 1041 U.S. Income Tax Return for Estates and Trusts | 9/7/11 | 9/7/11 | |
| 16 | Nurick & Associates, Inc. 2000 U.S. Income Tax Return for an S Corporation | 9/7/11 | 9/7/11 | |
| 17 | Nurick & Associates, Inc. 2001 U.S. Income Tax Return for an S Corporation | 9/7/11 | 9/7/11 | |
| 18 | Nurick & Associates, Inc. 2002 U.S. Income Tax Return for an S Corporation | 9/7/11 | 9/7/11 | |
| 19 | Belmont Consulting Group, Inc. 2002 U.S. Income Tax Return for an S Corporation | 9/7/11 | 9/7/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 20 | William H. Nurick 1995 Form 1099-R for from Charles Schwab for distribution of $71,183.04 | | 9/9/11 | |
| 21 | William H. Nurick 1995 Form 1099-R from Fidelity Investments for distribution of $85,818.22 | | 9/9/11 | |
| 22 | William H. Nurick 1995 Form 1099-R from Fidelity Investments for distribution of $113,329.52 | | 9/9/11 | |
| 23 | William H. Nurick Power of Attorney IRS Form 2848 signed Nov. 13, 2000 | 9/8/11 | 9/8/11 | |
| 24 | William H. Nurick Offer in Compromise IRS Form 656 signed Apr. 19, 2001 | 9/8/11 | 9/8/11 | |
| 25 | William H. Nurick Collection Information Statement for Individuals IRS Form 433-A signed Apr. 19, 2001 | 9/8/11 | 9/8/11 | |
| 26 | William H. Nurick Collection Information Statement for Businesses IRS Form 433-B signed Apr. 19, 2001 | 9/9/11 | 9/9/11 | |
| 27 | William H. Nurick Computerized Summary of Collection History for tax year 1995 | | 9/9/11 | |
| 28 | Certificate of Non-Filing of Report of Foreign Bank and Financial Accounts (Form TDF 90-22.1) for William H. Nurick for 1999 | 9/8/11 | 9/8/11 | |
| 29 | Certificate of Non-Filing of Report of Foreign Bank and Financial Accounts (Form TDF 90-22.1) for William H. Nurick for 2000 | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---------|-------------|------------|----------|---------|
| 30 | Certificate of Non-Filing of Report of Foreign Bank and Financial Accounts (Form TDF 90-22.1) for William H. Nurick for 2001 | | 9/9/11 | |
| 31 | Certificate of Non-Filing of Report of Foreign Bank and Financial Accounts (Form TDF 90-22.1) for William H. Nurick for 2002 | | 9/9/11 | |
| 32 | William H. Nurick 1995 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | 9/8/11 | 9/8/11 | |
| 33 | William H. Nurick 1996 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 34 | William H. Nurick 1997 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 35 | William H. Nurick 1998 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 36 | William H. Nurick 1999 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 37 | William H. Nurick 2000 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 38 | William H. Nurick 2001 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---------|-------------|------------|----------|---------|
| 39 | William H. Nurick 2002 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 40 | Nurick Associates Trust 1997 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 41 | Nurick Associates Trust 1998 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 42 | Nurick Associates Trust 1999 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 43 | Aztec Irrevocable Trust 2002 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |
| 44 | Nurick & Associates, Inc. 2000 Certificate of Assessments, Payments, and Other  Specified Matters (Form 4340) | | 9/9/11 | |
| 45 | Nurick & Associates, Inc. 2001 Certificate of Assessments, Payments, and Other  Specified Matters (Form 4340) | | 9/9/11 | |
| 46 | Nurick & Associates, Inc. 2002 Certificate of Assessments, Payments, and Other  Specified Matters (Form 4340) | | 9/9/11 | |
| 47 | Belmont Consulting Group, Inc. 2002 Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 48 | Certification of Lack of Record for I Control NB Trust for tax years 1995 to 2002 | 9/8/11 | 9/8/11 | |
| 49 | Certification of Lack of Record for Shaver Lake Property Trust for tax years 1995-2002 | | 9/9/11 | |
| 50 | Certification of Lack of Record for Shaver Lake Limited Partnership for tax years 2000-2002 | | 9/9/11 | |
| 51 | Certified Copy of Currency Transaction Report dated June 1, 2000 for the amount of $38,486 in the name of Eleanor Grochowski-Nurick | 9/8/11 | 9/8/11 | |
| 52 | Certified Copy of Currency Transaction Report dated February 15, 2001 for the amount of $20,000 in the name of Eleanor Grochowski | 9/8/11 | 9/8/11 | |
| 53 | Certified Copy of Currency Transaction Report dated February 20, 2001 for the amount of $18,000 in the name of Eleanor Grochowski | | 9/9/11 | |
| 54 | Certified Copy of Currency Transaction Report dated March 23, 2001 for the amount of $11,300 in the name of William H. Nurick | | 9/9/11 | |
| 63 | Certification of Lack of Record for Aztec Irrevocable Trust for tax years 2000-2001 | 9/8/11 | 9/8/11 | |
| 64 | IRS Letter to W H Nurick and E A Grochowski dated December 4, 2000 showing a balance due of $157,621.38 for 1995 | 9/8/11 | 9/8/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 66 | IRS Letter to William H. Nurick , E. A. Grochowski dated 1/15/01 | 9/9/11 | 9/9/11 | |
| 67 | IRS Letter to William H. Nurick , E. A. Grochowski dated 3/12/01 | 9/9/11 | 9/9/11 | |
| **BANK RECORDS** | | | | |
| 100 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking signature card dated May, 25, 1995 | 9/8/11 | 9/8/11 | |
| 101 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking bank statements (June-December 1995) | | 9/9/11 | |
| 102 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking select deposit items/cancelled checks (June-December 1995) | 9/8/11 | 9/8/11 | |
| 103 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking bank statements (1996) | 9/8/11 | 9/8/11 | |
| 104 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking select deposit items/cancelled checks (1996) | 9/8/11 | 9/8/11 | |
| 105 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking bank statements (1997) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 106 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking bank select deposit items/cancelled checks (1997) | | 9/9/11 | |
| 107 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking bank statements (1998) | | 9/9/11 | |
| 108 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking select deposit items/cancelled checks (1998) | 9/8/11 | 9/8/11 | |
| 109 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking bank statements (1999) | | 9/9/11 | |
| 110 | Wells Fargo account number xxx5757 in the name of I-Control NB Trust Checking select deposit items/cancelled checks (1999) | | 9/9/11 | |
| 111 | Wells Fargo account number xxx9932 in the name of Nurick Associates Trust select cancelled checks/wire transfers (1997-99) | | 9/9/11 | |
| 112 | Wells Fargo account number xxx8243 in the name of Nurick & Associates, Inc. signature card dated February 24, 2000 | | 9/9/11 | |
| 113 | Wells Fargo account number xxx8243 in the name of Nurick & Associates, Inc. bank statements (March 2000-June 2001) | 9/8/11 | 9/8/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 114 | Wells Fargo account number xxx8243 in the name of Nurick & Associates, Inc. select deposit items/cancelled checks (March 2000-June 2001) | 9/9/11 | 9/9/11 | |
| 115 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust signature card | 9/8/11 | 9/8/11 | |
| 116 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust bank statements (November 1995) | | 9/9/11 | |
| 117 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust select cancelled checks (1995) | | 9/9/11 | |
| 118 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust bank statements (January 1996) | | 9/9/11 | |
| 119 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust selected cancelled checks (1996) | | 9/9/11 | |
| 120 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust bank statements (1998) | | 9/9/11 | |
| 121 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust select deposit items (1998) | | 9/9/11 | |
| 122 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust bank statements (January 1999-August 1999) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 123 | Wells Fargo account number xxx9072 in the name of Centrix Management Trust select deposit items (January 1999-August 1999) | | 9/9/11 | |
| 124 | Wells Fargo account number xxx0270 in the name of International Centrix Account Trust signature card dated October 28, 1997 | 9/8/11 | 9/8/11 | |
| 125 | Wells Fargo account number xxx0270 in the name of International Centrix Account Trust bank statements (October 1997-December 1997) | | 9/9/11 | |
| 126 | Wells Fargo account number xxx0270 in the name of International Centrix Account Trust select deposit items/cancelled checks/wire transfers (October 1997-December 1997) | | 9/9/11 | |
| 127 | Wells Fargo account number xxx0270 in the name of International Centrix Account Trust bank statements (1998) | | 9/9/11 | |
| 128 | Wells Fargo account number xxx0270 in the name of International Centrix Account Trust select deposit items/cancelled checks/wire transfers (1998) | 9/8/11 | 9/8/11 | |
| 129 | Wells Fargo account number xxx0270 in the name of International Centrix Account Trust bank statements (January 1999-September 1999) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 130 | Wells Fargo account number xxx0270 in the name of International Centrix Account Trust select deposit items/cancelled checks/wire transfers (1999) | 9/8/11 | 9/8/11 | |
| 131 | Clovis Community Bank account number xxx0823 in the name of Eleanor Grochowski signature card dated January 15, 1999 | | 9/9/11 | |
| 132 | Clovis Community Bank account number xxx0823 in the name of Eleanor Grochowski select deposit items/cancelled checks (1999) | | 9/9/11 | |
| 133 | Clovis Community Bank account number xxx0823 in the name of Eleanor Grochowski bank statements (2000) | | 9/9/11 | |
| 134 | Clovis Community Bank account number xxx0823 in the name of Eleanor Grochowski select deposit items/cancelled checks (2000) | 9/8/11 | 9/8/11 | |
| 135 | Clovis Community Bank account number xxx0823 in the name of Eleanor Grochowski bank statements (January 2001-February 2001) | 9/8/11 | 9/8/11 | |
| 136 | Clovis Community Bank account number xxx0823 in the name of Eleanor Grochowski select deposit items/cancelled checks (January 2001-February 2001) | 9/8/11 | 9/8/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 137 | Clovis Community Bank account number xxx4395 in the name of William H. Nurick and Eleanor Grochowski signature card | | 9/9/11 | |
| 138 | Clovis Community Bank account number xxx4395 in the name of William H. Nurick and Eleanor Grochowski bank statements (May 2000) | | 9/9/11 | |
| 139 | Clovis Community Bank account number xxx4395 in the name of William H. Nurick and Eleanor Grochowski select deposit items (May 2000) | | 9/9/11 | |
| 140 | Clovis Community Bank account number xxx0931 in the name of Eleanor Grochowski bank statement (January 2001-February 2001) | 9/8/11 | 9/8/11 | |
| 141 | Clovis Community Bank account number xxx0931 in the name of Eleanor Grochowski select deposit items/cancelled checks (December 2000-February 2001) | | 9/9/11 | |
| 142 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski signature card | | 9/9/11 | |
| 143 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski bank statements (September 1997 - December 1997) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---------|-------------|------------|----------|---------|
| 144 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski bank statements (1998) | | 9/9/11 | |
| 145 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski select deposit items/cancelled checks (1998) | | 9/9/11 | |
| 146 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski bank statements (1999) | | 9/9/11 | |
| 147 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski select deposit items/cancelled checks (1999) | | 9/9/11 | |
| 148 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski bank statements (2000) | | 9/9/11 | |
| 149 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski select deposit items/cancelled checks (2000) | | 9/9/11 | |
| 150 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski bank statements (January 2001-July 2001) | 9/8/11 | 9/8/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 151 | Clovis Community Bank account number xxx4519 in the name of William H. Nurick or Eleanor Grochowski select cancelled checks/deposit items (January 2001-July 2001) | 9/7/11 | 9/7/11 | |
| 152 | Certificate of Authenticity of Business Records from Ansbacher regarding NG Enterprises Limited | | 9/9/11 | |
| 153 | Ansbacher Jersey Limited account number xxx7304 in the name of NG Enterprises - Company Mandate | 9/8/11 | 9/8/11 | |
| 154 | Records from Ansbacher Jersey Limited regarding NG Enterprises Limited | | 9/9/11 | |
| 155 | Ansbacher Jersey Limited account number xxx7304 Closing Account Memo dated March 1, 2001 | | 9/9/11 | |
| 156 | Ansbacher Jersey Limited account number xxx7304 in the name of NG Enterprises bank statements (1995-1998) | | 9/9/11 | |
| 157 | Ansbacher Jersey Limited account number xxx7304 in the name of NG Enterprises bank statements (1999) | 9/8/11 | 9/8/11 | |
| 158 | Ansbacher Jersey Limited account number xxx7304 in the name of NG Enterprises bank statements (2000) | 9/8/11 | 9/8/11 | |
| 159 | Ansbacher Jersey Limited account number xxx7304 in the name of NG Enterprises bank statements (January 2001) | 9/7/11 | 9/7/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 160 | Certificate of Authenticity of Business Records from Ansbacher dated August 5, 2004 | | 9/9/11 | |
| 161 | Ansbacher Jersey Limited account number xxx9322 in the name of Mr. & Mrs. J. Biber bank statements (January 2001) | 9/7/11 | 9/7/11 | |
| 162 | Downey Savings and Loan account number xxx0912 in the name of Aztec Irrevocable Trust signature card dated December 14, 2000 | 9/8/11 | 9/8/11 | |
| 163 | Downey Savings and Loan Memorandum of Trust Agreement re: Aztec Irrevocable Trust dated December 14, 2000 | 9/8/11 | 9/8/11 | |
| 164 | Downey Savings and Loan account number xxx0912 in the name of Aztec Irrevocable Trust bank statements (2001) | 9/8/11 | 9/8/11 | |
| 165 | Downey Savings and Loan account number xxx0912 in the name of Aztec Irrevocable Trust select deposit items/cancelled checks (2001) | 9/8/11 | 9/8/11 | |
| 166 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust signature card dated February 14, 2002 | 9/8/11 | 9/8/11 | |
| 167 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust bank statements (2002) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 168 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust select cancelled checks (2002) | 9/8/11 | 9/8/11 | |
| 169 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust select deposit items/wire transfers (2002) | 9/8/11 | 9/8/11 | |
| 170 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust bank statements (2003) | | 9/9/11 | |
| 171 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust select deposit items/cancelled checks (2003) | | 9/9/11 | |
| 172 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust bank statements (2004) | | 9/9/11 | |
| 173 | Bank of America account number xxx1752 in the name of TaxLawServices.com ITF Aztec Trust select deposit items/cancelled checks (2004) | | 9/9/11 | |
| 174 | Wing Hang Bank Certificate of Authenticity of Business Records | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 175 | Wing Hang Bank account number 857739060 in the name of Asia Pacific Consultants and Management, Ltd. wire transfers (2002) | 9/8/11 | 9/8/11 | |
| 176 | Certificate of Foreign Records - Costa Rica - Banco Interfin - stamped April 4, 2006 | | 9/9/11 | |
| 177 | Corporacion Interfin S.A. - Transferencias Enviadas por Banco | | 9/9/11 | |
| 178 | Banco Interfin Opening Account Document for Luna de los Crestones, SA | | 9/9/11 | |
| 179 | Records regarding Luna de los Crestones (Spanish) | | 9/9/11 | |
| 180 | Records regarding Luna de los Crestones (English) | 9/8/11 | 9/8/11 | |
| 181 | Banco Interfin Transaction Reports for Account 2010062103 Luna de los Crestones SA (Spanish version) | | 9/9/11 | |
| 182 | Banco Interfin Transaction Reports for Account 2010062103 Luna de los Crestones SA (English version) | 9/8/11 | 9/8/11 | |
| 183 | Visa Business Card documents for Luna de Los Crestones SA (Spanish) | 9/8/11 | 9/8/11 | |
| 184 | Visa Business Card documents for Luna de Los Crestones SA (English) | 9/8/11 | 9/8/11 | |
| 185 | Letra de Cambio for Luna de los Crestones dated May 25, 1999 for $6,300 (Spanish) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 186 | Bill of Exchange for Luna de los Crestones dated May 25, 1999 for $6,300 (English) | | 9/9/11 | |
| 187 | Letter regarding financial transactions between Luna de los Crestones and Flowers Cabinet & Fixtures, Inc. for $2,000 and Luna de los Crestones and Nurick Associates Trust for $10,500 dated December 20, 1999 (Spanish) | | 9/9/11 | |
| 188 | Letter regarding financial transactions between Luna de los Crestones and Flowers Cabinet & Fixtures, Inc. for $2,000 and Luna de los Crestones and Nurick Associates Trust for $10,500 dated December 20, 1999 (English) | 9/9/11 | 9/9/11 | |
| 189 | Letter regarding financial transaction between Luna de los Crestones 201-6210-3 and Dwayne Frazier dated February 16, 2000 for $5,130 (Spanish) | 9/8/11 | 9/8/11 | |
| 190 | Letter regarding financial transaction between Luna de los Crestones 201-6210-3 and Dwayne Frazier dated February 16, 2000 for $5,130 (English) | | 9/9/11 | |
| 191 | Banco Interfin check number 7859, dated February 17, 2000, for $5,130 payable to DWAYNER FRAZIER (Spanish) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 192 | Letter dated March 24, 2000 regarding financial transaction between Luna de los Crestones and Robert Nagle for $8,000 and  Luna de los Crestones and Nurick & Associates Inc. For $10,500 (Spanish) | | 9/9/11 | |
| 193 | Letter dated March 24, 2000 regarding financial transaction between Luna de los Crestones and Robert Nagle for $8,000 and  Luna de los Crestones and Nurick & Associates Inc. For $10,500 (English) | 9/8/11 | 9/8/11 | |
| 194 | Banco Interfin check number 8046, dated March 23, 2000, for $8,000 payable to Robert Nagle | | 9/9/11 | |
| 195 | Banco Interfin check number 8047, dated March 23, 2000, for $10,500 payable to Nurick and Associates, Inc. | 9/8/11 | 9/8/11 | |
| 196 | Letter regarding financial transaction between Eleanor Grochowski and Luna de los Crestones 201-6210-3 dated July 17, 2000 for $48,000 (Spanish) | | 9/9/11 | |
| 197 | Banco Interfin check number 8672, dated July 20, 2000, for $48,000 payable to Eleanor Grochowski | 9/8/11 | 9/8/11 | |
| 198 | Letter dated October 2, 2000 regarding financial transaction between Luna de los Crestones and Consulado de Costa Rica for $140 | | 9/9/11 | |
| 199 | Banco Interfin Certificate of Authenticity of Business Records | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 200 | The Reserve Funds account number xxx5046 in the name of Harrow Management signature card dated August 2000 | | 9/9/11 | |
| 201 | The Reserve Funds account number xxx5046 in the name of Harrow Management select cancelled checks (August 2000-December 2000) | 9/8/11 | 9/8/11 | |
| 202 | Banco Elca Certificate of Authenticity of Business Records | | 9/9/11 | |
| 203 | Banco Elca Account xxx0761 opening documents for account in the name of Harrow Management | | 9/9/11 | |
| 204 | Banco Elca Records for Account xxx0761 in the name of Harrow Management select cancelled checks payable to Luna de los Crestones (2001) | 9/8/11 | 9/8/11 | |
| 205 | Banco Elca Records for Account xxx0761 in the name of Harrow Management select cancelled checks payable to Teresa Vogt (2001-2002) | | 9/9/11 | |
| 206 | Banco Elca Account xxx0631 opening documents for account in the name of Harrow Management | | 9/9/11 | |
| 207 | Banco Elca Records for Account xxx0631 in the name of Harrow Management select cancelled checks payable to or on behalf of Teresa Vogt (2001-2002) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| **NG ENTERPRISES RELATED DOCUMENTS** | | | | |
| 300 | The Commonwealth of The Bahamas, Form B, Attestation of Authenticity of Documents | | 9/9/11 | |
| 301 | Certificate of Incorporation for N.G. Enterprises, Ltd. | 9/8/11 | 9/8/11 | |
| 302 | Memorandum of Association of N.G. Enterprises, Ltd. | 9/8/11 | 9/8/11 | |
| 303 | Articles of Association of N.G. Enterprises, Ltd. | 9/8/11 | 9/8/11 | |
| 304 | NG Enterprises Ltd. documents (from Ansbacher) | | 9/9/11 | |
| 305 | Letter from NG Enterprises Ltd., dated Feb. 1, 1995, signed by Nurick | | 9/9/11 | |
| 306 | NG Enterprises, Ltd., Minutes of Directors Meeting Feb. 1, 1995 | 9/8/11 | 9/8/11 | |
| 307 | NG Enterprises, Ltd., Minutes of Action of Subscribers - appointing Nurick as the company's sole director | 9/8/11 | 9/8/11 | |
| 308 | Records related to the Opening of Ansbacher Bank Account in the name of N.G. Enterprises, Ltd. (Passport photo, reference letters) | | 9/9/11 | |
| **CORRESPONDENCE BETWEEN NURICK AND ANSBACHER** | | | | |
| 309 | Letter to NG Enterprises from B.J Ferguson Manager - Banking Department dated January 11, 1995 | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 310 | Letter from William H. Nurick to Ansbacher dated March 3, 1996 - regarding request of address change | | 9/9/11 | |
| 311 | Letter from William H. Nurick to Ansbacher received March 4, 1996 | 9/8/11 | 9/8/11 | |
| 312 | Letter from William H. Nurick to Ansbacher received January 29, 1999 regarding VISA or Debit Card availability and change of address | 9/8/11 | 9/8/11 | |
| 313 | Letter from William H. Nurick to Ansbacher received February 1, 1999 regarding wire transfers | 9/8/11 | 9/8/11 | |
| 314 | Letter from William H. Nurick to Ansbacher dated March 8, 1999 regarding wire transfer | | 9/9/11 | |
| 315 | Letter from William H. Nurick to Ansbacher dated March 9, 1999 regarding wire transfer to Olas de Tambor | | 9/9/11 | |
| 316 | Letter from William H. Nurick to Ansbacher dated May 5, 1999 regarding wire transfer to Interfin Account in the name of Luna de los Crestones | 9/8/11 | 9/8/11 | |
| 317 | Letter from William H. Nurick to Ansbacher dated May 14, 1999 regarding wire transfer | | 9/9/11 | |
| 318 | Letter from William H. Nurick to Ansbacher dated May 17, 1999 requesting wire transfer to Interfin Account in the name of Luna de los Crestones | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 319 | Fax from Ansbacher to William H. Nurick dated May 20, 1999 with attached details of wire transfer to Luna de los Crestones | 9/8/11 | 9/8/11 | |
| 320 | Fax from Ansbacher to William H. Nurick dated May 27, 1999 regarding receipt of wire transfer | | 9/9/11 | |
| 321 | Letter from William H. Nurick to Ansbacher dated May 28, 1999 regarding receipt of wire transfer | | 9/9/11 | |
| 322 | Letter from William H. Nurick to Ansbacher dated January 2, 2001 requesting immediate transfer of funds to another Ansbacher Account | 9/8/11 | 9/8/11 | |
| **DOCUMENTS REGARDING BIBER LOAN** | | | | |
| 323 | Promissory Note from William H. Nurick  dated January 1, 2001, promising to pay Elsden Corporation Defined Benefit Plan $140,000 | 9/7/11 | 9/7/11 | |
| 324 | Fax Memo from John Biber to Bill Nurick dated January 4, 2001 regarding $140,000 loan | 9/7/11 | 9/7/11 | |
| 326 | Canterbury Capital Services, Inc. Check 08537, dated Jan. 8, 2001, payable to William Nurick and Eleanor Grochoswki in the amount of $140,000 | 9/7/11 | 9/7/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| **DOCUMENTS REGARDING SHAVER LAKE PROPERTY** | | | | |
| 328 | Grant Deed Recorded on July 29, 1994 in Fresno County for Nurick's purchase of lot 83 of track 2259, APN 130-301-02 | 9/9/11 | 9/9/11 | |
| 329 | Deed of Trust from Nuricks to Bank of America for $113,600 Recorded on July 29, 1994 in Fresno County for lot 23, track 2259, 41798 Saddleback Road, Shaver Lake, California, APN 130-301-02 | 9/9/11 | 9/9/11 | |
| 330 | Grant Deed Recorded on April 28, 1995, in Fresno County transferring property from Nuricks to Shaver Lake Property Trust, PTS Service Corp. Trustee (lot 83, track 2259) | | 9/9/11 | |
| 331 | Grant Deed dated January 9, 1998 transferring property from Shaver Lake Property Trust to Nuricks individually | | 9/9/11 | |
| 332 | Grant Deed Recorded June 12, 1998 in Fresno County transferring property from William H. Nurick and Eleanor Grochowski to Shaver Lake Property Trust, PTS Service Corporation, Trustee (lot 83, track 2259, APN 130-301-02) | 9/9/11 | 9/9/11 | |
| 333 | Grant Deed Recorded February 2, 2000 in Fresno County transferring property from W.H. Nurick and Eleanor Grochowski, co-trustees, Shaver Lake Property Trust to Shaver Lake Properties Limited Partnership, a Nevada Limited Partnership | 9/8/11 | 9/8/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 334 | Short Form Deed of Trust Recorded February 12, 2001 in Fresno County, between trustor William H. Nurick, trustee of the Nurick Family Trust, trustee First American Title Company, and beneficiary Elsden Corporation Defined Benefit Plan in the amount of $140,000 secured by lot 83, track 2259, APN 130-301-02 | 9/7/11 | 9/7/11 | |
| 335 | Cuesta Title Company Records - check 404369 dated November 26, 2001 payable to Elsden Corporation Defined Benefit Plan for $140,000 | 9/7/11 | 9/7/11 | |
| 336 | Cuesta Title Company Records - check 404163 dated November 12, 2001 payable to Taxlawservices.com for the Benefit of Shaver Lake Properties Limited Partnership for $36,314.83 (deposited into Bank of America Account xxx1720) | | 9/9/11 | |
| 337 | Letter from Lyly Nguyen to Cuesta Title Company regarding Shaver Lake Properties Limited Partnership dated October 30, 2001 | | 9/9/11 | |
| 338 | Real Estate Reporting Certification for Information Reporting (William Nurick's SSN is listed as the tax id number for seller, signed by Lyly Nguyen) | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 339 | Withholding Exemption Certificate for Real Estate Sales California (William Nurick's SSN is listed as the tax id number for seller, signed by Lyly Nguyen) | | 9/9/11 | |
| 340 | Draft Grant Deed to transfer property from grantor Shaver Lake Properties Limited Partnership, a Nevada Limited Company, a limited partnership, by Belmont Consulting Group, Inc. | | 9/9/11 | |
| 341 | Fax dated November 8, 2001 to Stewart Title containing signatures of William H. Nurick, Eleanor A. Grochowski, Limited Partners of Belmont Consulting Group, Inc. and Nurick Family Trust | | 9/9/11 | |
| 342 | Grant Deed to transfer property from grantor Shaver Lake Properties Limited Partnership Limited, a Nevada Limited Company, a limited partnership to Clyde and Diana Young, APN 1300-301-02 (Lyly Nguyen signed for William H. Nurick and Eleanor Grochowski) | | 9/9/11 | |
| 343 | Beneficiary Demand in the amount of $140,000 regarding Deed of Trust for APN 130-301002 signed by John Biber trustee Elsden Corp. Defined Benefit Plan dated November 6, 2001 | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---------|-------------|------------|----------|---------|
| 344 | Fax dated October 10, 2001 from Lyly Nguyen, Taxlawservices.com, to Claudette Borba at Cuesta Title Company with copy of Short Form Deed of Trust recorded February 12, 2001 re: APN 130-301-02 (Fax Notation at Top says Tony Lam, CPA) | | 9/9/11 | |
| 345 | Seller's Signature on Form regarding Escrow Instructions signed by Lyly Nguyen for William H. Nurick and Eleanor Grochowski dated October 19, 2001 listing Nurick's SSN | 9/8/11 | 9/8/11 | |
| 346 | Final Check Register for Cuesta Title Escrow Number 400832 regarding sale of property by Shaver Lake Properties Limited Partnership to Clyde and Diana Young dated November 13, 2001 | | 9/9/11 | |
| **OTHER DOCUMENTS** | | | | |
| 347 | Documents signed by Nurick containing information used by Tony Lam to prepare Nurick's 1999 and 2000 tax returns | 9/9/11 | 9/9/11 | |
| 348 | Simple Interest Motor Vehicle Contract and Security Agreement for 1999 GMC Pickup - dated April 19, 1999 | 9/8/11 | 9/8/11 | |
| 349 | Credit Application for William H. Nurick | | 9/9/11 | |
| 350 | Copy of California Driver License for William H. Nurick | | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 351 | Wells Fargo Bank, I-Control NB Account Trust, Check 300 in the amount of $500 payable to Royal Buick dated December 30, 1998 | 9/8/11 | 9/8/11 | |
| 352 | Wells Fargo Bank, I-Control NB Account Trust, Check 313 in the amount of $33,949 payable to Royal Buick GMC dated April 19, 1999 | 9/8/11 | 9/8/11 | |
| 353 | Certified DMV Record for 1999 GMC Truck | 9/8/11 | 9/8/11 | |
| 355 | Subpoena issued March 30, 2000 served on William H. Nurick | | 9/9/11 | |
| 356 | Opinion Letters from the Taylor-Frasers | 9/8/11 | 9/8/11 | |
| 358 | Photograph of meeting re Genesis Fund | 9/8/11 | 9/8/11 | |
| **REVENUE AGENT EXHIBITS** | | | | |
| 400 | Genesis Funds Received by William Nurick - 1995 | 9/8/11 | 9/8/11 | |
| 401 | Genesis Funds Received by William Nurick - 1996 | 9/8/11 | 9/8/11 | |
| 402 | Genesis Funds Received by William Nurick - 1998 | 9/8/11 | 9/8/11 | |
| 403 | Genesis Funds Received by William Nurick - 1999 | 9/8/11 | 9/8/11 | |
| 404 | Genesis Funds Received by William Nurick - 2000 | 9/8/11 | 9/8/11 | |
| 405 | Genesis Funds Received by William Nurick - 2001 | 9/8/11 | 9/8/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---|---|---|---|---|
| 406 | Genesis Funds Received by William Nurick - 2002 | 9/8/11 | 9/8/11 | |
| 407 | Genesis Funds Received by William Nurick - by year | 9/8/11 | 9/8/11 | |
| 408 | Genesis Funds Received /Reported by William Nurick - by year | 9/8/11 | 9/8/11 | |
| 409 | William Nurick bank balances as of April 19, 2001 | 9/8/11 | 9/8/11 | |
| 410 | Letter dated 7/17/2000 from Andre Tinoko regarding a transfer in the amount of $48,000 to Eleanor Grochowski from account Luna de los Crestones, 2103 (English translation of Exhibit 196) | 9/8/11 | 9/8/11 | |
| 411 | Fax from Nurick to Lyly Nguyen dated December 6, 2000 subject "1995 Tax Assessment" | 9/9/11 | 9/9/11 | |
| **OTHER TRUST DOCUMENTS** | | | | |
| 500 | Trust Agreement for the Aztec Irrevocable Trust | 9/9/11 | 9/9/11 | |
| 501 | Trust Agreement for the Nurick Family Trust | 9/9/11 | 9/9/11 | |
| 502 | Letter from William Nurick and Eleanor Grochowski to Kevin J. Mirecki dated March 30 2002 regarding Mirecki's position as trustee for the Aztec Irrevocable Trust and the Nurick Family Trust | 9/9/11 | 9/9/11 | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED | WITNESS |
|---------|-------------|------------|----------|---------|
| 503 | Faxed Letter from William Nurick and Eleanor Grochowski to Kevin J. Mirecki, sent October 31, 2000 regarding instructions on distribution of income in the Aztec Trust | 9/9/11 | 9/9/11 | |
| 504 | Removal of Trustee Mirecki, from Nurick Family Irrevocable Trust | | 9/9/11 | |
| 505 | Removal of Trustee Mirecki from Aztec Irrevocable Trust | | 9/9/11 | |
| 506 | Letter from Kevin J. Mirecki to Mark D. Pastor dated October 21, 2002 regarding Aztec Irrevocable Trust | | 9/9/11 | |