JAMES S. THOMSON
Attorney and Counselor at Law
California SBN 79658
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM H. NURICK, et al ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:05-cr-00316-DSF <br><br> **TRANSCRIPT DESIGNATIONS** <br><br> Judge: Dale S. Fischer |

**TRANSCRIPT DESIGNATIONS**

| **Hearing Date** | **Court Reporter** |
|---|---|
| 5/13/2005 | Tape No. CR97 |
| 5/16/2005 | Tape No. CS 5/16/05 |
| 6/20/2005 | Xavier Mireles |
| 9/12/2005 | Tape No. 770A |
| 9/19/2005 | Pamela Batalo |
| 12/05/2005 | Pamela Batalo |
| 2/27/2006 | Victoria Valine |
| 8/7/2006 | Pamela Batalo |
| 9/18/2006 | Pamela Batalo |

1

| | | |
|---|---|---|
| 1  | 1/8/2007   | Pamela Batalo |
| 2  | 4/2/2007   | Pamela Batalo |
| 3  | 7/23/2007  | Pamela Batalo |
| 4  | 9/12/2007  | Pamela Batalo |
| 5  | 1/14/2008  | Pamela Batalo |
| 6  | 7/18/2008  | Pamela Batalo |
| 7  | 10/7/2009  | Pamela Batalo |
| 8  | 12/7/2009  | Pamela Batalo |
| 9  | 12/7/2009  | Pamela Batalo |
| 10 | 1/11/2010  | Pamela Batalo |
| 11 | 3/22/2010  | Pamela Batalo |
| 12 | 4/8/2010   | Katie Thibodeaux |
| 13 | 6/7/2010   | Pamela Batalo |
| 14 | 7/19/2010  | Pamela Batalo |
| 15 | 10/18/2010 | Pamela Batalo |
| 16 | 12/6/2010  | Pamela Batalo |
| 17 | 1/24/2011  | Pamela Batalo |
| 18 | 3/21/2011  | Pamela Batalo |
| 19 | 5/2/2011   | Pamela Batalo |
| 20 | 5/4/2011   | Pamela Batalo |
| 21 | 5/4/2011   | Pamela Batalo |
| 22 | 6/6/2011   | Pamela Batalo |
| 23 | 6/6/2011   | Pamela Batalo |
| 24 | 7/11/2011  | Pamela Batalo |
| 25 | 8/22/2011  | Pamela Batalo |
| 26 | 8/22/2011  | Pamela Batalo |
| 27 | 9/7/2011   | Pamela Batalo |
| 28 | 9/8/2011   | Pamela Batalo |

| | | |
|---|---|---|
| 1 | 9/9/2011 | Pamela Batalo |
| 2 | 9/13/2011 | Pamela Batalo |
| 3 | 9/14/2011 | Pamela Batalo |
| 4 | 12/12/2011 | Pamela Batalo |
| 5 | 2/6/2012 | Mark Schweitzer |
| 6 | 2/27/2012 | Pamela Batalo |

Date: May 1, 2012

Respectfully Submitted,

/s/ James Thomson

JAMES S. THOMSON
Attorney for Defendant