```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                          ---

 4      THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

 5


 6

 7   United States of America,           )

 8                    Plaintiff,         )

 9                                       )

10   vs.                                 )   Case No. CR 05-316-DSF

11                                       )

12   Victor H. Preston,                  )

13                    Defendant.         )

14   _____     )

15

16

17            REPORTER'S TRANSCRIPT OF PROCEEDINGS

18                   Los Angeles, California

19                  Monday, December 7, 2009

20

21

22   Pamela A. Batalo, CSR, FCRR, RMR
     Official Reporter
23   Roybal Federal Building
     255 East Temple Street
24   Room 181-I
     Los Angeles, California  90012
25   (213) 687-0446
```

```
 1  APPEARANCES:
 2
 3   FOR THE GOVERNMENT:     UNITED STATES DEPARTMENT OF JUSTICE
 4                           TAX DIVISION
 5                           BY:  ELLEN QUATTRUCCI601 D. STREET NW
 6                           WASHINGTON, DC 20004
 7
 8                           UNITED STATES DEPARTMENT OF JUSTICE
 9                           TAX DIVISION, WESTERN CRIMINAL
10                           ENFORCEMENT SECTION
11                           BY:  LORI HENDRICKSON
12                           PO BOX 972
13                           WASHINGTON, DC  20004
14
15   FOR DEFENDANT:          LAW OFFICES OF STANLEY I. GREENBERG
16                           BY:  STANLEY I. GREENBERG
17                           6080 CENTER DRIVE
18                           SUITE 800
19                           LOS ANGELES, CA 90045
20
21
22
23
24
25
```

3

```
 1            Los Angeles, California, Monday, December 7, 2009
 2                                2:58 p.m.
 3                                 -oOo-
 4            THE CLERK:  Calling CR 05-316-DSF, United States of
 5    America vs. Victor H. Preston.
 6            MR. GREENBERG:  I am so sorry.  I am Stanley Greenberg
 7    on behalf of Mr. Preston.  He just went on a mission he could
 8    not delegate down the hall.  I apologize, your Honor.  We didn't
 9    think you would be out quite so quickly.
10            THE COURT:  That's all right.  I try to be responsive.
11            MR. GREENBERG:  I know.  I'm sorry.  I apologize for
12    being late.  I was in another court.
13            THE COURT:  Well, you can't help that.  That's how it
14    works.
15            MS. QUATTRUCCI:  And Ellen Quattrucci and Lori
16    Hendrickson on behalf of the United States.
17            THE COURT:  Let me take a minute to look at your
18    document here.
19            MR. GREENBERG:  Mr. Preston just reentered the room,
20    your Honor.  Thank you for your patience.
21            THE COURT:  Good afternoon, Mr. Preston.
22            THE DEFENDANT:  Good afternoon, your Honor.
23            THE COURT:  All right.  Let's make sure I understand
24    exactly what's happening because the placement of the phrase
25    no later than January 31, 2010, is a little bit confusing.  Is
```

1  that the date by which the government is going to identify the
2  investors?
3           MS. QUATTRUCCI:  Yes, your Honor.
4           THE COURT:  Not the date by which the restitution is
5  going to be paid?
6           MS. QUATTRUCCI:  That is correct, your Honor.
7           THE COURT:  Okay.  You're leaving it for --
8           MR. GREENBERG:  One second, please.
9                  (Counsel confer off the record)
10          MR. GREENBERG:  Thank you.
11          THE COURT:  All right.  And you're leaving it for
12 later determination, and you're going to file a status report by
13 January 31st in which you're going to advise me of your
14 agreement or recommendations as to the plan for making these
15 payments?
16          MR. GREENBERG:  That's right.
17          THE COURT:  All right.  Anything else I need to know?
18          MS. QUATTRUCCI:  Nothing from the government,
19 your Honor.
20          MR. GREENBERG:  No.
21          THE COURT:  All right.
22          MR. GREENBERG:  I'm sorry.  We intended to file this
23 sooner, and I think we had a misunderstanding.  Sorry.
24          THE COURT:  That's all right.  Was this drafted by the
25 government?

```
 1              MS. QUATTRUCCI:  Yes, your Honor.
 2              THE COURT:  My title is United States District Judge.
 3              MS. QUATTRUCCI:  Yes, your Honor.  I apologize if it
 4   says anything different than that.
 5              THE COURT:  It says District Court Judge, but that
 6   puts you probably in the majority of the people.
 7              MS. QUATTRUCCI:  We will not make that mistake again.
 8              THE COURT:  Okay.  Presumably this needs to be
 9   e-mailed to the chambers e-mail so Ms. Plato can affix my
10   electronic signature, but I'm signing the version I have to
11   approve it.
12              Anything else that we need to do today?
13              MR. GREENBERG:  Not today.  Thank you for your
14   patience.
15              MS. QUATTRUCCI:  Nothing else, your Honor.
16              THE COURT:  All right.  Thank you.
17                   (Proceedings adjourned at 3:01 p.m.)
18
19
20
21
22
23
24
25
```

*CERTIFICATE OF OFFICIAL REPORTER*

*COUNTY OF LOS ANGELES )*
*)*
*STATE OF CALIFORNIA )*

*I, Pamela A. Batalo, Federal Official Realtime Court Reporter, Registered Professional Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 18, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.*

*Date: May 16. 2012*

*/s/ Pamela A. Batalo*
*Pamela A. Batalo, CSR No. 3593, FCRR, RMR*
*Federal Official Court Reporter*